# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LORA CLAY,** | ) CIVIL ACTION NO: |
| | ) |
| Plaintiff, | ) 1:23-cv-00309-PB |
| | ) |
| v. | ) |
| | ) |
| **MONTSHIRE ENDODONTICS, PLLC,** | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S ASSENTED MOTION TO DISMISS

NOW COMES Plaintiff in the above matter and, pursuant to FRCP 41(a)(2), hereby requests that this matter be DISMSSED WITH PREJUDICE because it has been resolved to the satisfaction of the parties. Defendant's counsel advised that Defendant assents to this Motion.

WHEREFORE, it is requested that this Motion be Granted.

Executed at Hartford, Vermont:

Respectfully submitted,
LORA CLAY

December 13, 2024   By:   /S/ Brian Marsicovetere
Date          Brian R. Marsicovetere, Esq.
           Counsel for Plaintiff
           Marsicovetere and Levine Law Group, P.C.
           128 Gates Street
           PO Box 799
           White River Junction, VT 05001
           brian@rivercitylawyers.com
           (802) 296-6200 ext. 109
           NH Bar ID 14576

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was served to all parties via this Court's electronic filing.

| | |
|---|---|
| <u>December 13, 2024</u> | By: <u>/S/ Brian Marsicovetere</u> |
| Date | Brian R. Marsicovetere, Esq. |